**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| MAYKOL VLADIMIR VINENT LOPEZ, § <br> "Petitioner," § <br> § <br> v. § <br> § <br> KRISTI NOEM, *Secretary of the U.S.* § <br> *Department of Homeland Security*, et al., § <br> "Respondents." § | Civil Action No. 1:26-cv-00044 |

## ORDER

Before the Court is Petitioner's "Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241" (Dkt. No. 1) ("Petition") and "Emergency Ex Parte Motion for Temporary Restraining Order and Preliminary Injunction" (Dkt. No. 2) ("MTRO"). To expedite the Court's review, Respondents are **ORDERED** to submit a response to the Petition no later than 14 days after service of these filings. Petitioner is **ORDERED** to file proof of service of the Petition as a docket entry no later than **February 9, 2026, at 5 p.m. CST.** Once Respondents are served, the Petitioner is not to be removed; his status is to remain "as is" pending resolution of this case.

Signed on  January 27, 2026.

_____
Rolando Olvera
United States District Judge